*forma pauperis* granted. Certiorari denied. 

No. 75–642. KEHOE *v.* UNITED STATES, 424 U. S. 909;

No. 75–707. SANDERS *v.* GEORGIA, 424 U. S. 931;

No. 75–953. HOWELL *v.* JONES, SHERIFF, 424 U. S. 916;

No. 75–5609. HUSTON *v.* CALIFORNIA, 424 U. S. 917;

No. 75–5652. RANSOM *v.* UNITED STATES, 424 U. S. 944;

No. 75–5869. CHATMAN *v.* UNITED STATES, 424 U. S. 922;

No. 75–5923. THOMAS *v.* SAVAGE, WARDEN, 424 U. S. 924;

No. 75–6008. DAWN, DBA GAME Co. *v.* STERLING DRUG, INC., ET AL., 424 U. S. 926;

No. 75–6031. DINSIO *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, 424 U. S. 964;

No. 75–6051. GIESE *v.* HOLT, RINEHART & WINSTON, INC., ET AL., 424 U. S. 946;

No. 75–6058. WILLIAMS *v.* PHILLIPS ET AL., U. S. CIRCUIT JUDGES, 424 U. S. 941; and

No. 75–6140. THRASHER *v.* CALIFORNIA ADULT AUTHORITY ET AL., 424 U. S. 957. Petitions for rehearing denied.

No. 75–899. UNIVERSITY OF DELAWARE *v.* KEEGAN ET AL., 424 U. S. 934. Petition for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–921. WILD *v.* RARIG ET AL., 424 U. S. 902. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.